insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. September 13, 1916.) Motion denied.

Anna SUSHIN v. Julius MILLER. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted, with $10 costs. Order filed.

Johanna F. SWEENEY, appellant, v. CITY OF NEW YORK, respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion denied, without costs.

George TAUZA v. SUSQUEHANNA COAL CO. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion granted. Settle order on notice.

Isaac TERRILL, appellant, v. NATIONAL ELECTRIC ENAMELING COMPANY and others, respondents. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

Tillie TERWILLIGER, respondent, v. CENTRAL HUDSON STEAMBOAT COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

In the Matter of Thomas F. TEVLIN, an attorney. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Matter referred to Hon. Josiah T. Marean, as official referee, for hearing and report.

In the Matter of the Application of John G. THOMAS for an examination of the voting machines and of the votes cast thereon for the office of mayor of the city of Utica at the general election held in said city on November 2, 1915. (Supreme Court, Appellate Division, Third Department. January, 1916.) Order (92 Misc. Rep. 483, 156 N. Y. Supp. 43) affirmed, without costs. All concurred.

John C. THOMAS, applt., v. Francis G. WARD, as Commissioner, etc., et al., respts. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Motion granted, and appeal dismissed, with costs.

Lillian M. TIEDEMAN, respondent, v. William C. TIEDEMAN, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion denied.

TIMES SQUARE IMPROVEMENT CO. v. FLEISCHMANN'S VIENNA BAKERY CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied. Order filed.

Harry TISHKOFF and one, respts., v. Ruth JOROSLOW, impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

John TOMACHITES, respondent, v. William A. JAMISON, appellant, impleaded with others. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order affirmed, costs to abide the event. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Lillian G. TROUT, as Executrix of the Last Will and Testament of Henry G. Trout, Deceased, Appellant, v. EMPIRE SHIPBUILDING COMPANY and John F. Malone, Respondents. (Supreme Court, Appellate Division, Fourth Department. October, 1915.) Appeal from a judgment of the Supreme Court, entered in the Erie county clerk's office on the 18th day of March, 1915, and also from an order entered on the 26th day of March, 1915.

PER CURIAM. In our opinion the learned trial court erred in holding that the letter given by plaintiff's testator, Henry G. Trout, to the defendant Malone on May 16, 1908, had the same force and effect as though inserted in the note itself, and that it served to postpone the date of maturity of the note to July 1, 1910. The Empire Shipbuilding Company, the maker of the note, was not a party to that letter, and nothing therein contained would prevent the holder calling upon the maker for payment at any time prior to July 1, 1910. The letter was written at the instance of the indorser, Malone, to effect an extension, so far as the indorser was concerned, of the time when the note should be finally paid. We think that under the circumstances under which this letter was written to and received by the indorser it constituted a constructive waiver of presentment, notice of dishonor and demand of payment of the note as a matter of law, and that the indorser is liable thereon. Sheldon v. Horton, 43 N. Y. 93, 3 Am. Rep. 669. The judgment and order appealed from should be reversed, and a new trial granted, with costs to the appellant to abide the event. All concur. Judgment and order reversed, and new trial granted, with costs to appellant to abide event.

In the Matter of the petition of John W. TRUESDELL for leave to issue execution upon a judgment against the property of Thaddeus K. Green, deceased. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Decree of the Surrogate's Court of Westchester County affirmed, with costs, on the authority of Matter of Holmes, 131 N. Y. 80, 29 N. E. 1003. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Nicholas TURCHIN, respondent, v. MATHESON LEAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department.